Fred W. Schwinn (SBN 225575)
Raeon R. Roulston (SBN 255622)
Matthew C. Salmonsen (SBN 302854)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorneys for Plaintiff
RONALD RAMERIZ ESCOBAR

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| RONALD RAMERIZ ESCOBAR,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>ABC LEGAL SERVICES, INC., a Washington corporation, and KAYED ASFOUR, individually and in his official capacity,<br><br>　　　　　　　　Defendants. | Case No. 5:17-CV-01085-LHK-HRL<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Fed. R. Civ. P. 41(a)(1) |

　　　COMES NOW the Plaintiff, RONALD RAMERIZ ESCOBAR, by and through his attorney Fred W. Schwinn of Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully notifies this Court that Plaintiff, RONALD RAMERIZ ESCOBAR, hereby dismisses, with prejudice, all claims made by him against all Defendants in his Complaint filed herein on March 2, 2017.  Plaintiff further notifies the Court that his dispute with Defendants has been settled.

　　　　　　　　　　　　　　　　　　　　　　　　CONSUMER LAW CENTER, INC.

Dated:  June 21, 2017　　　　　　　　　　　　By: /s/ Fred W. Schwinn
　　　　　　　　　　　　　　　　　　　　　　　　　　Fred W. Schwinn, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　　　RONALD RAMERIZ ESCOBAR

---

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE     Case No. 5:17-CV-01085-LHK-HRL